IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERGER ENTERPRISES,

      Plaintiff,

v.

LAKESHORE TOLTEST CORPORATION, f/k/a TOLTEST, INC., and ZURICH AMERICAN INSURANCE COMPANY,

      Defendants.

Case No.

Hon.

_____/

J. Christian Hauser (P57990)
FRASCO CAPONIGRO
WINEMAN & SCHEIBLE, PLLC
Attorneys for Plaintiff
1668 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
(248) 334-6767 / (248) 334-0999 FAX
ch@frascap.com

_____/

**PLAINTIFF BERGER ENTERPRISE'S
EXHIBIT INDEX**

| Exhibit | Description |
|---|---|
| 1 | Payment Bond |
| 2 | September 29, 2008 Purchase Order |
| 3 | December 17, 2009 Change Order #6 |
| 4 | USAF/TolTest Project Schedule |
| 5 | Site Plan |
| 6 | Berger/TolTest Project Schedule |
| 7 | November 14, 2008 Correspondence |

2

| | |
|---|---|
| 8 | January 6, 2009 Correspondence |
| 9 | Multiple Correspondence Authored by Berger |
| 10 | September 23, 2008 Correspondence |
| 11 | February 5, 2009 Correspondence |
| 12 | July 15, 2009 Weekly Progress Meeting Agenda |
| 13 | April 23, 2009 Correspondence |
| 14 | April – September, 2009 Weekly Progress Meeting Agendas |
| 15 | August 21, 2009 Correspondence |
| 16 | Affidavit of Account |